No. 231. STATE OF WASHINGTON EX REL. MCPHERSON BROTHERS COMPANY *v.* DOUGLAS COUNTY AND SUPERIOR COURT OF CHELAN COUNTY, WASHINGTON. Error to the Supreme Court of the State of Washington. Submitted March 18, 1921. Decided March 21, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. Peter McPherson* for plaintiff in error. *Mr. L. L. Thompson* for defendants in error.

---

No. 212. Frank M. Hoy *v.* Franklin K. Lane, Secretary of the Interior; and

No. 213. UNITED STATES EX REL. EDMUND O. WATTIS *v.* FRANKLIN K. LANE, SECRETARY OF THE INTERIOR. Appeal from and error to the Court of Appeals of the District of Columbia. Submitted March 17, 1921. Decided March 28, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *United States* v. *Boutwell,* 17 Wall. 604, 607; *Pullman Co.* v. *Knott,* 243 U. S. 447, 449; *Shaffer* v. *Howard,* 249 U. S. 200, 201. (2) Act of February 8, 1899, c. 121, 30 Stat. 822; *LeCrone* v. *McAdoo,* 253 U. S. 217, 219. *Mr. Harry A. Hegarty* for appellant and plaintiff in error. *Mr. Assistant Attorney General Garnett* and *Mr. H. L. Underwood* for appellee and defendant in error.

---

PETITIONS FOR WRITS OF CERTIORARI GRANTED, FROM JANUARY 25, 1921, TO AND INCLUDING MARCH 28, 1921.